# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Case No. <u>1:13-cv-03647</u> |
| ) | |
| v. ) | |
| ) | |
| STEVE MAKOWSKI, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER GRANTING PLAINTIFF'S MOTION TO SEAL EXHIBIT C TO THE COMPLAINT [CM/ECF 1-3] AND AMENDED COMPLAINT [CM/ECF 14-3]

**THIS CAUSE** came before the Court upon Plaintiff's Motion to Seal Exhibit C to the Complaint [CM/ECF 1-3] and Amended Complaint [CM/ECF 14-3] (the "Motion"), and the Court being duly advised in the premises does hereby:

**ORDER AND ADJUDGE:** Plaintiff's Motion is granted. The clerk is ordered to seal Plaintiff's Exhibit "C" of the Complaint [CM/ECF 1-3] and Amended Complaint [CM/ECF 14-3].

**DONE AND ORDERED** this ___ day of _____, 2013.


By: _____
**UNITED STATES DISTRICT JUDGE**